A.J. KALFUS'
STUART L. NACHMAN'
RICHARD F. AUFENGER, III•
PAUL R. HERNANDEZ•
JESSE M. SUIT, III••
THOMAS A. FITZGERALD II
CHRISTOPHER J. JACOBS
MICHAEL J. LEVENS
COLIN P. O'DAWE•
NEAL C. SCHULWOLF
J. BRIAN SLAUGHTER
BLAIR E. SMIRCINA
DEBORAH B. VAUGHN
'OF COUNSEL
• ALSO MEMBER OF NORTH CAROLINA BAR
•• ALSO MEMBER OF LOUISIANA BAR



**Kalfus & Nachman**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

870 N. MILITARY HIGHWAY, SUITE 300
AT MILITARY CIRCLE
NORFOLK, VIRGINIA 23502
TELEPHONE (757) 461-4900
FACSIMILE (757) 461-1518

☐ ROANOKE OFFICE:
1322 PLANTATION ROAD
ROANOKE, VIRGINIA 24012
TELEPHONE (540) 345-4878
FACSIMILE (800) 340-5935

☐ NEWPORT NEWS OFFICE:
749-B J. CLYDE MORRIS BOULEVARD
NEWPORT NEWS, VIRGINIA 23601
TELEPHONE (757) 873-4878
FACSIMILE (757) 873-6379

November 30, 2020

**RECEIVED AMTRAK DEC 03 2020 ELEANOR D. ACHESON EXECUTIVE VICE PRESIDENT, CHIEF LEGAL OFFICER, GENERAL COUNSEL & CORPORATE SECRETARY**

**HAND DELIVERED**
Edwina Taylor Millerlelle, Clerk
Williamsburg/James City General District Court
**Civil Division**
5201 Monticello Avenue, Suite 2
Williamsburg, VA 23188-8218

Re: <u>Channing Jones vs. National Railroad Paasenger Corp. a/k/a Amtrak</u>
First Return: January 11, 2021 @ 1:30 pm

Dear Ms. Taylor Millerlelle:

Enclosed please find an original and two copies of a Warrant in Debt which I ask you to file on behalf of the plaintiff in connection with the above referenced matter. Per 49 US Code §24301 (b), the defendant will be served via certified mail/return receipt requested.

Please further find our firm's check in the amount of $48.00 for filing of the Warrant in Debt.

I appreciate your kind cooperation and attention to this matter.

Very truly yours,

Seth D. Scott

SDS/eer
Enclosure

cc: Channing Jones (w/enclosure)
Eleanor D. Acheson for Amtrak-*Via Regular & Certified Mail* (w/enclosure)
Cathey Garner-*Amtrak-Claim #156861/1* (w/enclosure)

**EXHIBIT 1.**

PLEASE DIRECT ALL CORRESPONDENCE TO:
P.O. BOX 12889, NORFOLK, VIRGINIA 23541-0889
EMAIL: INJURY@KNLEGAL.COM

COMMONWEALTH OF VIRGINIA VA CODE § 16.1-79

| | |
|---|---|
| WILLIAMSBURG/JAMES CITY COUNTY | |
| CITY OR COUNTY | GENERAL DISTRICT COURT |
| 5201 Monticello Avenue, Williamsburg, VA 23188 | |
| STREET ADDRESS OF COURT | |

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

JANUARY 11, 2021 @ 1:30 PM          to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

DATE ISSUED _____   [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$25,000.00 _____ net of any credits, with interest at __6__ % from date of 12/21/2018 until paid,
$ 92.00 _____ costs and reasonable attorney's fees with the basis of this claim being
[ ] Open Account [ ] Contract [ ] Note [X] Other (EXPLAIN)

*For recovery of damages for personal injuries sustained arising from the negligent maintenance of your passenger train and/or negligent acts of your employees and/or agents on or about December 21, 2018.*

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [X] cannot be demanded

DATE 11/30/20    [ ] PLAINTIFF [X] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

---

CASE NO. _____

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
**JONES, CHANNING**
C/O Kalfus & Nachman
870 N. Military Hwy., Suite 300
Norfolk, VA 23502

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
**NATIONAL RAILROAD PASSENGER CORP. a/k/a AMTRAK**

SERVE: Eleanor D. Acheson, Chief
Legal Officer, General
Counsel & Corp. Secretary
National Railroad Passenger
Corporation a/k/a Amtrak
1 Massachusetts Avenue, NW
Washington DC 20001
Via Certified Mail

HEARING DATE AND TIME
01/11/2021 @ 1:30pm

---

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[X] To dispute this claim, you must appear on the return date for the judge to set another date for trial.
Grounds of Defense [ ] Bill of Particulars

ATTORNEY FOR PLAINTIFF(S)
**Seth D. Scott, Esquire**
757-461-4900
ATTORNEY FOR DEFENDANT(S)

---

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ]
for $ _____ net of any credits, with interest at _____ % from date
of _____ until paid, $ _____ costs and $ _____ attorney's fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]
[ ] NON-SUIT [ ] DISMISSED
Defendant(s) Present? [ ] YES
                      [ ] NO

DATE _____   JUDGE _____

ORDERED _____ DUE _____
ORDERED _____ DUE _____

DATE _____   CLERK _____

JUDGMENT PAID OR
SATISFIED
PURSUANT TO
ATTACHED NOTICE
OF
SATISFACTION.

DISABILITY
ACCOMMODATIONS
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

---

**NAME** Eleanor D. Acheson
National Railroad Passenger Corp aka Amtrak

**ADDRESS** 1 Massachusetts Ave., NW
Washington, DC 20001

[ ] **PERSONAL SERVICE**  Tel. No. ..............
Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

DATE .............. SERVING OFFICER ..............

[ ] NOT FOUND                for ..............

---

**NAME** ..............

**ADDRESS** ..............

[ ] **PERSONAL SERVICE**  Tel. No. ..............
Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

DATE .............. SERVING OFFICER ..............

[ ] NOT FOUND                for ..............

---

**NAME** ..............

**ADDRESS** ..............

[ ] **PERSONAL SERVICE**  Tel. No. ..............
Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

DATE .............. SERVING OFFICER ..............

[ ] NOT FOUND                for ..............

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

11/30/20  DATE

[ ] Plaintiff
[x] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ..............
Interrogatories issued on: ..............
Garnishment issued on ..............

---

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.



U.S. POSTAGE >> PITNEY BOWES

ZIP 23502
02 4W
0000351926 NOV 30 2020
$ 000.50⁰

RICHMOND VA 230
30 NOV 2020 PM 3 L

Eleanor D. Acheson, Chief Legal Officer
General Counsel & Corp. Secretary
National Railroad Passenger Corp a/k/a Amtrak
1 Massachusetts Avenue, NW
Washington DC 20001

20001-140199

Kalfus & Nachman
Attorneys At Law
870 N. Military Highway, Suite 300
Post Office Box 12889
Norfolk, Virginia 23541-0889