AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

Channing Jones )
*Plaintiff* )
v. ) Case No. 4:21-cv-00006
National Railroad Passenger Corporation )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Channing Jones, Plaintiff

Date: 01/12/2021

/s/ Seth D. Scott
*Attorney's signature*

Seth D. Scott, VSB#80907
*Printed name and bar number*

870 North Military Highway, Suite 300
Norfolk, Virginia 23502
*Address*

sds@knlegal.com
*E-mail address*

(757) 461-4900
*Telephone number*

(757) 461-1518
*FAX number*