UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

(Newport News Division)

| | |
|---|---|
| **CHANNING JONES**<br><br>           **Plaintiff,**<br><br>  v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION**<br><br><br>           **Defendant.** | Case No. 4:21-cv-00006-RAJ-RJK |

## NOTICE OF SETTLEMENT

    COMES NOW, Defendant National Railroad Passenger Corporation, advising the Clerk of the Court that this matter has settled in full and final.  As such, would you kindly remove the hearing scheduled for April 14, 2021 at 2:00 p.m. from your calendar and mark your records accordingly.

Dated:  April 13, 2021                        Respectfully submitted,

                                                      **KIERNAN TREBACH LLP**

                                                      */s/ Felicity A. McGrath*
                                                      Felicity A. McGrath, Esq. (VSB No. #41708)
                                                      Anthony M. Batt, Esq. (VSB No. #91810)
                                                      1233 20th Street, NW, Ste. 800
                                                      Washington, DC 20036
                                                      Tel: (202) 712-7000
                                                      Fax: (202) 712-7100
                                                      fmcgrath@kiernantrebach.com
                                                      abatt@kiernantrebach.com
                                                      *Counsel for National Railroad Passenger Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2021, a copy of the foregoing was served the Court's CM/ECF system, upon the following:

Seth D. Scott, Esq.
Kalfus & Nachman
870 N. Military Hwy., Ste 3200
Norfolk, VA 23502
sds@knlegal.com

                                  */s/ Felicity A. McGrath*_____
                                  Felicity A. McGrath, Esq.