IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| CHANNING JONES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORP., *also known as* Amtrak, )<br>)<br>    Defendant. )<br>_____) | Civil Action No.  4:21cv6 (RCY) |

**FINAL ORDER**

This matter is before the Court on the Notice of Settlement (ECF No. 10) and the Clerk's Notice (ECF No. 11) regarding settlement.  The parties herein have reported to the court that this matter is settled. Accordingly, it is hereby ORDERED that this case be DISMISSED AGREED WITH PREJUDICE. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                                                          /s/
                                        Roderick C. Young
                                        United States District Judge

Norfolk, Virginia
Date: May 4, 2021